# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) Case No. 2:16-cv-00501-RFB-GWF |
| vs. | ) **ORDER** |
| CRESCENDO AT SILVER SPRINGS HOA; ABSOLUTE COLLECTION SERVICES, LLC, | ) |
| Defendants. | ) |

This matter is before the Court on Bank of America's Notice of Disassociation (ECF No. 19), filed on February 7, 2017.

Counsel for Plaintiff represents that Allison R. Schmidt, Esq. is no longer associated with the law firm of Akerman LLP. Therefore, counsel requests that Ms. Schmidt be removed as attorney of record for Plaintiff. Counsel also indicates that Ms. Schmidt's withdrawal will not delay or prejudice the proceedings in this matter because Plaintiff will continue to be represented by attorneys Melanie D. Morgan, Esq. and Tenesa S. Scaturro, Esq. of Akerman LLP. The Court finds that counsel has provided good cause to justify granting Ms. Schmidt's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Bank of America's Notice of Disassociation (ECF No. 19) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Allison R. Schmidt, Esq. from the CM/ECF service list in this case.

DATED this 8th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge